AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Sha'Quan Gay, | ) |
|---|---|
| *Petitioner,* | ) |
| v. | ) Civil Action No.  0:21-cv-02505-DCN |
| Warden, Lexington County Detention Center, | ) |
| *Respondent.* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Sha'Quan Gay, shall take nothing of the respondent, Warden, Lexington County Detention Center, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C Norton, United States District Judge, presiding, affirming with the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the action.

Date:  October 18, 2021                    *ROBIN L. BLUME, CLERK OF COURT*

                                            s/L. Baker
                                    _____
                                    *Signature of Clerk or Deputy Clerk*